UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 3:12-00164 |
| | ) | JUDGE SHARP |
| CHRISTOPHER BRIDGES | ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Sentencing Hearing (Docket No. 46) which the Government does not oppose.

The motion is GRANTED and the sentencing hearing set for April 11, 2014, is hereby rescheduled for Monday, May 12, 2014, at 1:30 p.m.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE